UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN POTELICKI, | ) | Case No.: 1:07 CV 2713 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| TEXTRON, INC., | ) | |
| | ) | |
| Defendant | ) | |

The parties agreed to settle the case through a consent decree. Therefore it is not necessary that the action remain upon the calendar of the court. Parties must file the decree with the court within 10 days of the date of this Order.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/<i>SOLOMON OLIVER, JR.</i><br>
UNITED STATES DISTRICT JUDGE

December 26, 2007